DAVID LOPEZ, ESQ. DL-6779
Attorney for Plaintiff
171 Edge of Woods Road, P.O. Box 323
Southampton, New York 11969-0323
Tel:       631.287.5520
Fax:      631.283.4735
e-Mail:   DavidLopezEsq@aol.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

        Plaintiff,

- against -

ABAKAN INC.,

        Defendant.

CV-13 5000 (Spatt, J)
(Lindsay, MJ)

NOTICE OF DISMISSAL
WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Issue has not been joined.

Dated:   Southampton, New York
        November 14, 2013

Yours, etc.

_____
David Lopez, Esq. (DL-6779)

SO ORDERED:

_____
Arthur Spatt, U.S.D.J.
Central Islip, New York
November        , 2013

1