DAVID LOPEZ, ESQ. DL-6779
Attorney for Plaintiff
171 Edge of Woods Road, P.O. Box 323
Southampton, New York 11969-0323
Tel:     631.287.5520
Fax:    631.283.4735
e-Mail:  DavidLopezEsq@aol.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 18 2013 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

    Plaintiff,

- against -

ABAKAN INC.,

    Defendant.

CV-13 5000 (Spatt, J)
(Lindsay, MJ)

NOTICE OF DISMISSAL
WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Issue has not been joined.

Dated: Southampton, New York
      November 14, 2013

Yours, etc.

David Lopez, Esq. (DL-6779)

SO ORDERED; Case Closed
/s/ Arthur D. Spatt
Arthur Spatt, U.S.D.J.
Central Islip, New York
November 16, 2013

1